# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 07, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

           Re:  Case No. 19-1092, *USA v. Rajendra Bothra*
                 Originating Case No. : 2:18-cr-20800-1

Dear Mr. Weaver:

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Patricia J. Elder
                                      Senior Case Manager

cc:  Mr. Thomas William Cranmer
       Mr. Jeffrey Alan Crapko
       Mr. Sheldon N. Light

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1092

_____

Filed: May 07, 2019

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

RAJENDRA BOTHRA, Dr.

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 03/28/2019 the mandate for this case hereby issues today.

 COSTS: None