UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:18-cr-20800-1

HONORABLE STEPHEN J. MURPHY, III

v.

D-1, RAJENDRA BOTHRA,

    Defendant.

                              /

**ORDER DENYING DEFENDANT'S MOTION FOR
LEAVE TO FILE REPLY IN EXCESS OF SEVEN PAGES [122]**

Defendant Rajendra Bothra ("Bothra") requests that the Court extend the page limit for his reply to the Government's response [121] to his emergency motion for revocation of detention order and for pretrial release [117]. ECF 122. Bothra seeks an extension from seven pages to 20 pages. *Id.* at 643. He argues that because the case is "complex" and "in order to adequately address all legal arguments," he requires the additional 13 pages. *Id.* at 642.

The Court will deny his motion for a page extension on his reply brief. The Court has sufficient understanding of the case and the complex and numerous implications at issue. Bothra's motion and brief total 27 pages. ECF 117. The Government responded in only ten pages. ECF 121. Bothra's reply may only address and respond to the Government's response, and seven pages is sufficient to accomplish this. The Court will therefore deny Bothra's motion for a page extension.

1

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion for leave to file reply in excess of seven pages [122] is **DENIED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: August 16, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 16, 2019, by electronic and/or ordinary mail.

s/ David P. Parker<br>Case Manager