UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                Case No. 2:18-cr-20800
                                 Hon. Stephen J. Murphy, III

RAJENDRA BOTHRA,

           Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that RAJENDRA BOTHRA, defendant herein, hereby appeals to the United States Court of Appeals for the Sixth Circuit the Order Denying Defendant's Motion for Revocation of Detention Order and for Pretrial Release, entered August 23, 2019.

                                              Respectfully submitted,

                                              */s/ David Griem*
                                              DAVID GRIEM (P23187)
                                              David Griem & Associates
                                              21 Kercheval Ave., Ste. 363
                                              Grosse Pointe Farms, MI 48236
                                              (313) 962-8600 phone
                                              davidgriemlaw@gmail.com

Dated: August 26, 2019

1