UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,


  v.          Case No. 2:18-cr-20800
              Hon. Stephen J. Murphy, III

DR. RAJENDRA BOTHRA,
DR. ERIC BACKOS,
DR. GANIU EDU,
DR. DAVID LEWIS,
DR. CHRISTOPHER RUSSO,
DR. RONALD KUFNER,

    Defendants.

_____/

**STIPULATION TO CONTINUE TIME TO FILE MOTIONS, TO
ADJOURN TRIAL, AND TO FIND EXCLUDABLE DELAY**

The parties stipulate to continue the time to file motions and to adjourn the trial to a date in July or August, 2020. The parties further stipulate, and jointly move for the Court to find, that the time period between the trial date to be set and January 7, 2020, the trial date currently set by the Court, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties' reasons for the continuance and for a finding of excludable delay are as follows:

- Failure to grant the continuance would deny counsel for the defendant or the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, counsel will require time to review,

process, and analyze voluminous discovery which is still forthcoming. The discovery includes material seized during search warrants that were executed contemporaneously with arrest warrants, including approximately 1000 boxes of patient files; audio and video recordings; prescription data; medical billing data; and financial records. Counsel will require time to review the discovery in order to make decisions on pretrial motions, formulate defenses (if any), and pursue negotiated results.

- The case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the current time limits because of the number of defendants or the nature of the prosecution. Specifically, this is a 56-count, multi-defendant case involving allegations of health care fraud conspiracy, a violation of 18 U.S.C. § 1349; substantive counts of health care fraud, violations of 18 U.S.C. § 1347; conspiracy to distribute and possess with intent to distributed controlled substances, a violation of 21 U.S.C. §§ 846, 841(a)(1); and substantive counts of unlawful distribution of controlled substances, violations of 21 U.S.C. § 841(a). This case presents complex legal and factual issues to be reviewed in this matter, requires an extensive review of materials already provided, as well as materials that are still in the possession of the government. Thereafter, extensive research and analysis will be required to properly address all issues.

- The additional time will be required in order to review items of discovery and then to research, draft the motions contemplated and to further explore the possibility of a resolution of the matter short of trial.

The parties, therefore, request that the Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney
s/ with consent of Brandy R. McMillion
**Brandy R. McMillion**
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9622
brandy.mcmillion@usdoj.gov
*Counsel for the United States*

s/with consent of David Griem
**David Griem**
21 Kercheval Avenue
Suite 363
Grosse Pointe Farms, MI 48236
313-962-8600
davidgriemlaw@gmail.com
*Counsel for Dr. Rajendra Bothra*

s/Mark J. Kriger
**Mark J. Kriger**
Larene & Kriger, PLC
1717 Penobscot Building
645 Griswold
Detroit, Michigan 48226
313-967-0100
mkriger@sbcglobal.net
*Counsel for Dr. Eric Backos*

s/with consent of Robert S. Harrison
**Robert S. Harrison**
Robert Harrison & Associates
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
248-283-1600
rsh@harrisonplc.com
*Counsel for Dr. Ganiu Edu*

s/with consent of Jeffrey G. Collins
**Jeffrey G. Collins**
Collins Legal
1323 Broadway Street, Suite 800
Detroit, MI 48226

313-963-2303
jcollins@collinslegal.net
*Counsel for Dr. David Lewis*

s/with consent of Laurence H. Margolis
**Laurence H. Margolis**
Margolis Law
214 S. Main Street, Suite 200
Ann Arbor, MI 48104
734-994-9590
larry@lawinannarbor.com
*Counsel for Dr. Christopher Russo*

s/with consent of Steven F. Fishman
**Steven F. Fishman**
615 Griswold Street, Suite 1125
Detroit, MI 48226
313-962-4090
sfish6666@gmail.com
*Counsel for Dr. Ronald Kufner*

DATED: September 5, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                  Case No. 2:18-cr-20800
                                              Hon. Stephen J. Murphy, III

DR. RAJENDRA BOTHRA,
DR. ERIC BACKOS,
DR. GANIU EDU,
DR. DAVID LEWIS,
DR. CHRISTOPHER RUSSO,
DR. RONALD KUFNER,

        Defendants.
_____/

**ORDER ADJOURNING DATES AND FOR FINDING OF
EXCLUDABLE DELAY**

The Court has considered the parties' stipulation and joint motion to continue and for a finding that the time period from January 7, 2020 to August 18, 2020 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendants in a speedy trial and that the time from January 7, 2020 to August 18, 2020 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

- Failure to grant the continuance would deny counsel for the defendant or the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, counsel will require time to review,

process, and analyze voluminous discovery which is still forthcoming. The discovery includes material seized during search warrants that were executed contemporaneously with arrest warrants, including approximately 1000 boxes of patient files; audio and video recordings; prescription data; medical billing data; and financial records. Counsel will require time to review the discovery in order to make decisions on pretrial motions, formulate defenses (if any), and pursue negotiated results.

● The case is so unusual or complex because of the number of defendants or the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the current time limits. Specifically, this is a 56-count, multi-defendant case involving allegations of health care fraud conspiracy, a violation of 18 U.S.C. § 1349; substantive counts of health care fraud, violations of 18 U.S.C. § 1347; conspiracy to distribute and possess with intent to distributed controlled substances, a violation of 21 U.S.C. §§ 846, 841(a)(1); and substantive counts of unlawful distribution of controlled substances, violations of 21 U.S.C. § 841(a). This case presents are complex legal and factual issues to be reviewed in this matter, an extensive review of materials already provided, as well materials that are still in the possession of the government. Thereafter, extensive research and analysis will be required to properly address the issues.

IT IS THEREFORE ORDERED that the trial in this case will be continued

and that the following deadlines will apply to these proceedings:

**Pretrial Motions Deadline:** April 17, 2020

**Plea Cut-Off / Final Pretrial Conference:** July 30, 2020 at 10:00am

**Trial:** August 18, 2020 at 9:00am

SO ORDERED.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
Dated: September 9, 2019          United States District Court Judge