UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:18-cv-20800-1

HONORABLE STEPHEN J. MURPHY, III

v.

D-1 RAJENDRA BOTHRA,

    Defendant.
_____/

**<u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [261]</u>**

On December 17, 2020, attorney David Griem moved for leave to withdraw as counsel for Defendant Rajendra Bothra. ECF 261. Mr. Griem states that there has been "a complete breakdown in the attorney-client relationship," including a recent demand by Defendant that if Mr. Griem wanted to continue the representation "it would be necessary for him to devote most of his practice to [Defendant's] case and spend more time visiting [him]" at the correctional facility. *Id.* at 1743.

The final pretrial conference is set for May 20, 2021, and trial is set for June 8, 2021. ECF 255. Based on Mr. Griem's representations, the Court finds that the motion to withdraw is timely and involves an irreconcilable breakdown in attorney-client relationship. The Court also notes that Defendant has retained at least two additional counsel that have made appearances in the case. ECF 109, 136. Thus, Defendant has adequate representation for the upcoming trial. What is more, if Defendant hires additional counsel, then they would also have adequate time to prepare a defense. The Court therefore finds that granting Mr. Griem's motion will

not harm the public interest "in the prompt and efficient administration of justice." *See United States v. Mack*, 258 F.3d 548, 556 (6th Cir. 2001).

**WHEREFORE**, it is hereby **ORDERED** that Mr. Griem's unopposed motion to withdraw as counsel [261] is **GRANTED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 21, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager