UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,          Honorable Stephen J Murphy III

-vs-

DR RAJENDRA BOTHRA          Case No 18-cr-20800

          Defendant,
_____/

EXHIBIT "C" TO
REPLY BRIEF TO GOVERNMENT'S RESPONSE TO DEFENDANT'S
EMERGENCY MOTION FOR MEDICAL TREATMENT [ECF No 276]

# **FILED UNDER SEAL**