UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-cr-20800-1 |
| Plaintiff, | HON. STEPHEN J. MURPHY, III |
| v. | |
| Dr. RAJENDRA BOTHRA | |
| Defendant. | |
| _____/ | |

**MOTION TO SEAL EXHIBITS TO GOVERNMENT'S RESPONSE**

The United States of America, by its undersigned attorneys, respectfully requests that this motion and order to seal, as well as the Exhibits to Government's Response to Defendant's Motion for Bond, be sealed until further order of the Court because it contains medical records, confidential personal health information and personal identifying information.

Respectfully submitted,

Dated: August 17, 2021

SAIMA S. MOHSIN
Acting United States Attorney

*/s Brandy R. McMillion*
Brandy R. McMillion
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9622
brandy.mcmillion@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-cr-20800-1 |
| Plaintiff, | HON. STEPHEN J. MURPHY, III |
| v. | |
| Dr. RAJENDRA BOTHRA | |
| Defendant. _____/ | |

**ORDER TO SEAL FILED DOCUMENTS**

Upon the Government's request,

IT IS HEREBY ORDERED that this Motion and Order to Seal and the Exhibits to Government's Response to Defendant's Motion for Bond shall be filed under seal.

IT IS SO ORDERED.

Dated: August 18, 2021

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Court Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2021, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager