UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,                Honorable Stephen J Murphy III

-vs-

DR RAJENDRA BOTHRA                Case No 18-cr-20800

                Defendant,
_____/

RAJENDRA BOTHRA'S RESPONSE TO ORDER DATED
DECEMBER 1, 2021 [ECF 310 Pg ID No 2257-2258]

      In an Order Adjourning Hearing and Requiring Briefing [ECF 310 Pg ID 2257-2258], this Court requested a response from counsel on the potential impact to the instant prosecution of the United States Supreme Court recently granting certiorari in two (2) cases[1] on the issue of good faith jury instructions when a physician is charged with 21 USC § 841.

      As understood by undersigned counsel, it appears this Court is inquiring whether the trial in the instant cause should be adjourned for approximately twelve (12) to eighteen (18) months until the Supreme Court renders a decision. If

---

[1] *Kahn v United States*, — S Ct—, 2021 WL 5148069 (11/5/2021); *Ruan v United States*, — S Ct—, 2021 WL 5148067 (11/5/2021).

RAJENDRA BOTHRA is to remain in pretrial detention during this period of time, in our estimation the same would constitute an unconscionable violation of due process.

Accordingly, we respectfully object.

Respectfully submitted,

ALAN T ROGALSKI
ARTHUR JAY WEISS

/s/ Arthur Jay Weiss
ARTHUR JAY WEISS (P 25225)
Attorneys for Defendant BOTHRA
30445 Northwestern Highway
Suite 225
Farmington Hills, Michigan 48334-3158
(248) 855-5888
arthurweiss@ajweisslaw.com

Dated: December 10, 2021.