

**Practice Areas**
Administrative Law
Cannabis Law
Correctional Law
CMS Matters
Criminal Defense
DEA Matters
Estate Planning
Health Care Audits
Health Care Compliance
Health Care Fraud & Abuse
Health Care Law
Health Care Transactions
HIPAA & HITECH Matters
Medical Malpractice Defense
NPDB/Peer Review Matters
Pharmacy Law
Professional Licensing
General Litigation

**Florida Offices**
6841 Energy Ct.
Sarasota, FL 34240
T. (941) 893-3449

701 Waterford Way
Suite 340
Miami, FL 33126
T. (305) 712-7177

**Michigan Office**
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098
T. (248) 644-6326
F. (248) 644-6324

www.ChapmanLawGroup.com

April 14, 2022

*Via Electronic Mail Only*

Assistant U.S. Attorneys Brandy McMillion, Brandon Helms, and Gjon Juncaj
Email: brandy.mcmillion@usdoj.gov
Email: brandon.helms@usdoj.gov
Email: gjon.juncaj@usdoj.gov

Re: *United States v. Dr. David Lewis,* Case No. 2:18-cr-20800
CLG Case No. 03.02.22.CLG.0329

## NOTICE OF EXPERT TESTIMONY

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), this notice provides the Government with a summary of the expected expert testimony that the Defendant intends to offer at trial. In addition to identifying Defendant's expert, below, is a written description of the proposed expert testimony, the expert's opinion, and a description of the expert's qualifications. If additional experts are retained, Defendant will provide notice as required.

### Mr. Jordan Johnson, BSc, MS, MSHA, BSRT (R) (T), imPACT

Mr. Johnson has a plethora of education and certification related to healthcare billing, coding, and statistical analysis. He has obtained two Bachelor of Science (BSc) degrees, the first in Radiologic Technology, and the second in Radiation Therapy Didactic and Clinics in Radiation and Proton Therapy, and a Master of Science (MS) in Health. He is a certified Registered Radiologic Technologist and Registered Radiation Therapist and holds certification in Advanced Microsoft Excel training, which includes training on statistical modelling to generate graphs using Excel software.

Defendant anticipates that Mr. Johnson will testify regarding the statistical methodology and resulting graphs that will be presented to the jury. Mr. Johnson will testify that these graphs were based on Dr. Lewis' Medicare claims data and Michigan Automated Prescription System (MAPS) data provided by the Government. He will testify regarding the methodology that was used to construct these graphs and the ways in which the underlying data was manipulated and analyzed. Mr. Johnson will also testify what each graph depicts and the resulting conclusions that can be drawn. He will testify that the graphs were constructed based on generally accepted methodologies within the

AUSA McMillion, AUSA Helms, and AUSA Juncaj
April 14, 2022
Page 2

field of statistics and healthcare billing and coding, as well as testify to the accuracy and validity of the graphs presented. These graphs include pie graphs that breakdown the medications Dr. Lewis prescribed to patients in different age brackets, another pie graph breaking down the number of visits of Dr. Lewis' Medicare patients that received facet injections, bar and scatter plot graphs that depict how Dr. Lewis prescribed facet injections over a period of three (3) months, bar graphs that depict the amounts billed to and paid from Medicare to indicted providers, as well as a bar graph depicting the average number of Medicare patients seen per day among indicted providers, bar and line graphs comparing the number of Medicare patients that Dr. Lewis and Dr. Russo saw, a pie graph breaking down how many of Dr. Lewis' Medicare patients that received facet injections were also prescribed medications (i.e., included in MAPS data), and pie graphs breaking down the procedures that Dr. Lewis billed to Medicare, including facet injections, epidural injections, and other nerve block codes.

      Mr. Johnson is more than qualified to offer this expert testimony. Beyond the education and certifications he has achieved, which were previously discussed, he held a professional appointment as the Director of Data Science at Legion Healthcare Partners, where he developed a data program that examined the accuracy of billing coding and compliance in radiation oncology, and he built an oncology finance tool that allowed for accurate price estimations. In addition, Mr. Johnson served as the Director of Compliance at Churchill Consulting, a division of CruxQS, where he developed software that allowed staff to make more effective use of their time and mitigate risks and maximize reimbursement. In his current role as Chief Innovation Officer at OncoSpark, Mr. Johnson created an onshore and offshore company model to support company development and client support, which included value-add software he developed to promote price transparency. The statistical analyses involved in the development of all this software created by Mr. Johnson was extensive and complex.

      Mr. Johnson's wealth of experience in healthcare has made him a sought-after addition to many committees, including the American Society of Radiologic Technologists (ASRT) Leadership Academy, the American Registry of Radiologic Tehcnologists (ARRT) Practice Analysis Task Group, and the Joint Review Committee on Education in Radiologic Technology (JRCERT). Mr. Johnson has also been involved in continuing medical education and has attended numerous courses, both online and in-person, including 2019 billing and coding courses in Chicago Washington, DC, and Orlando. He has also been invited to give presentations on healthcare billing, including a presentation at the Radiation Therapy Conference in Boston, MA, in 2016. Attached is Mr. Johnson's CV for additional background and review.

      Should you have any questions, do not hesitate to contact our office at your convenience. Remaining,

                          **Chapman Law Group**

                          **Ronald W. Chapman II, Esq., LL.M.**
                          *Counsel for Defendant Lewis*
                          1441 West Long Lake Road, Suite 310
                          Troy, MI  48098
                          T: (248) 644-6326/F: (248) 644-6324

RWCII/MJP/sfa                       RWChapman@ChapmanLawGroup.com

# JORDAN M. JOHNSON
MSHA | BSRT (R)(T) | imPACT

Data Science | Analytics, Integrity & Value | Oncology Expert | Value-Based Care | Financial & Operational Modeling | Benefits Management | Price Transparency



## EDUCATION

### GRADUATE:
**Master of Science in Health**
University of St Francis |Joliet, IL | Administration
May – 2012
Honors: 4.0

### UNDERGRADUATE:
**Bachelor of Science; Radiation Therapy Didactic and clinicals in radiation and proton therapy**
University of Texas MD Anderson | Houston, TX
August – 2008
Honors: Lambda Nu

**Bachelor of Science; Radiologic Technology**
University of Louisiana at Monroe | Monroe, LA
May – 2007
Honors: Magna Cum Laude

### CERTIFICATIONS
- Advanced Microsoft Excel training- www.excelwithwayne.com
- Registered Radiologic Technologist
  May 2007 (#421230)
- Registered Radiation Therapist
  August 2008 (#421230)

## FOCUS

Assisting healthcare organizations meet the demands of Value Based Care, Alternative Payment Models and Transparency through strategy driven by software and data. It is not the software but ability to collaborate & execute with impact.

**Areas of Interest Focus and Expertise**

- Patient access and patient benefit navigation
- Alternative payment models, costing, and price transparency
- Data analytics to optimize financials, reduce waste, and reduce waste
- Bridging clinical and administrative experience with administrative expertise to provide value
- Managing and creating relational data to change healthcare landscape and access

## PROFESSIONAL EXPERIENCE

**Chief Innovation Officer | ANALYTICS, INTEGRITY & VALUE**
www.oncospark.com
OncoSpark | March 2021 – Present

Transformed an already established unidimensional company in the Oncology service RCM space into a technology enabled, data drive multi focal company in and outside of Oncology. Developed an onshore and offshore company model to support development and client support. Rapid creation of value-add software using agile approach was deployed for Price Transparency- EvaluPrice and Prior Authorization- AuthParency. These approaches were quickly scaled to incorporate other need area for inclusion of accurate value-based care modeling and operational consulting.
- Specialty pharmacy
- Workflow management
- Infusion
- Radiology
- Patient advocacy

Having all aspects of Oncology defined and represented with technology and experience allowed for development of encompassing software that is able to integrate, forecast, and have meaningful impact.

I also led the marketing and sales strategy initiative focused on not the "sale" and product but the professional service and value over time using risk share pricing and models. Involvement with national policy stakeholders from payers, to CMMI, CMS to other professional organization was also instrumental in educating and demonstrating new an innovative approaches in the Oncology space for access, sustainability, and viability.

## Approach

- Utilize and apply clinical knowledge obtained in hospital and freestanding settings

- Utilize administrative experience in development and strategy

- Understanding the implications, barriers, and opportunities of moving from a FFS model to a VBC and alternative payment model landscape for
    - Payers
    - Vendors
    - Provider
    - Patients

## Attributes for Success

- Focus
- Ability to execute
- Work ethic
- Ability to enlist
- Deploying empathy
- Empowerment
- Ability to see big picture
- Effective communication
- Vision casting
- Self-accountability
- Ownership for self and team
- Dedication
- Effective leadership
- Discipline
- Resilience
- Perseverance

**DIRECTOR OF DATA SCIENCE |** *ANALYTICS, INTEGRITY & VALUE*
www.legionhp.com

Legion Healthcare Partners | May 2019 – January 2021

Developed a data program platform called Claim Health that was able to look at the accuracy of the billing coding and compliance in Radiation Oncology as well as provide comprehensive insight to the impact of the Alternative Payment Model. I was directly engaged and involved with the professional organizations during the comment period for the APM as well as rebuilding the regression model for the APM. In response to transparency initiatives from CMS, I also built oncology finance tools that allow for accurate price estimations. One of my major focuses has been workflow costing in oncology and pure analytics and visualizations. This has included identifying the shortcomings of the Oncology EMRs as well as the hospital EMRs. Identify which data is important and can be used is key. What I found is in Oncology this data is best transported out of its ecosystem sorted and cleaned before being used for reports and visualizations. I also work closely with many of the vendors in educating them on changes in sales as well as how to use data with their clients for transparency.

https://www.databoards.io/healthcare-analytics-dashboard/
https://legionhp.com/technology-2/claimhealth/
www.excelwithwayne.com
www.thehealthcarehub.info
www.excelwithwayne.com
www.theexpertscourse.com
Price Transparency Innovator and Disrupter

**Created solutions to/for:**
- Optimize workflow and FTE utilization
- Price Transparency tool for 2021 CMS Mandate
- Mitigate risk- financial and legal
- Price transparency
- Costing models
- Identify opportunities
- Bridge the gap between claims data and operational data- costing models
- Position for performance in Value based care, risk share and alternative payment models
- Isolate and produce solutions, analytics, and insight from practice data

**HyperOncology and OncologyThinkTank |** March 2019

Developed a platform that delivers education to all job codes in Oncology. Organized a 2.5 day conference in Dallas with 12 speakers. This was the first conference of its kind in location and in content. The purpose was market disruption and content following for increased momentum to leverage ideas from and serve as a development base.

**CREATOR OF LEGACY BY IMPACT**
Legacy by Impact

Pelahatchie, MS 39145 | February 2018 – Present

Legacy By Impact is Simple. It is the non-traditional and nonconventional stuff that hold people back from creating an impact and leaving a legacy. Society and the work culture has taught us to behave and function within in restrictive confines. These confine limit innovation and reaching potential. We choose not to talk about them because it is just easier. This has led to decrease fulfillment and increased burnout

## IT SOFTWARE AND SYSTEMS

- Meditech
- ACCUREG
- Mosaiq
- Aria
- Kronos
- Premier (Allscripts)
- STAR
- Meditrract
- Healthstream
- ICD 9
- ICD 10
- McKesson
- Epic
- Centricity
- Google Big Data query
- advance excel

**Excel data isolation and production to live analytics**

- API pulls FHIR
- ANSI 835 and 837s
- X12, Big Data Query
- Flat files and HL7

## PROFESSIONAL SOCIETIES

- American Society of Radiologic Technologists
  2007 – 2017
- American Registry of Radiologic Technologist
  2007 – 2017
- NCSRT
  2011
- TSRT
  2013 – 2014
- MSRT
  2017

## PROFESSIONAL EXPERIENCE

### Director of Compliance – Acquired by CTSI then Varian $14 million
Varian Medical Systems to acquire CTSI for $283m (medicaldevice-network.com)

Churchill Consulting a division of CruxQS | Oakland, CA | September 2015 – March 2019

Provide professional advice, support, tools and solutions to administrators, clinical staff, and physicians in radiation oncology regarding compliance, quality initiatives, leadership and productivity. Also develop tools and software to allow those in radiation oncology to function in compliant departments. I develop software that allows staff to make more effective use of their time, mitigate risks and maximize reimbursements. This software lives on the cloud and is easily accessible by clinical and nonclinical staff. The various software solutions simplify front end processes and preauthorization and all aspects of patient and staff workflow.

- Provide productivity insight and strategies
- Effective leadership development and training
- Perform comprehensive on site audits- technical and professional
- Develop webinars and software
- Maintain and update products
- POS Collections training
- Serve as a billing and coding resource to facilities
- MACRA/MIPs/APM training and Coding initiatives
- ROCC (Radiation Oncology Coding and Compliance)- December education
- Integrate clinical and administrative knowledge to compliance initiatives to provide customers with the most robust applicable programs
- Compliance Software development
- Revenue Cycle analytics

**Software Developed- from idea to project management to product development**

- AccuCalc
- AccuOnc
- AccuRVU
- Financial predictors for IPPS, OPPS, MPFS, and professional components
- Data analytics and dashboards demonstrating various KPIs
- Denial management software

**Leadership Development webinars, research and focus. Initiatives with Christine Porath and Adam Grant.**

- Focuses on civility
- Bullying
- Low, mid and high performers
- Tools and tactics for sustainable leadership that engages employees
- Culture assessment
- Employee retention initiatives

## PROFESSIONAL SERVIC

**Committees and Appointments**

**National:**

- ACE-Association of Cancer Executives.
  Member – January 2015

- ASRT Leadership Academy.
  Attendee / Instructor – July 2014

- ARRT- Practice Analysis Task Group.
  Appointment – May 2014

- ASRT CRTA Committee Vice Chair.
  Appointment – May 2014

- ASRT CRTA Committee Vice Chair.
  Appointment – May 2013

- ASRT CRTA Committee Region 6 Team Leader.
  Appointment – May 2013

- JRCERT Team Member.
  Appointment – Feb 2013

- American Cancer Society Grass Roots Advocate.
  Appointment – October 2012

- ASRT Radiation Therapy Curriculum Revision Workgroup.
  Appointment – October 2012

- ASTRO Government Relations: Worked to secure congressional signatures on letter to CMS to block proposed cuts to Medicare reimbursement for radiation oncology.
  Service – August to September 2012

- ASRT Student Mentor at the Educational Symposium.
  Appointment – 1 time commitment, June 2012

- ASRT- RT Advocacy Committee Region 7 Team Leader.
  Appointment – March 2012

- ASRT- RT Advocacy Committee.

## PROFESSIONAL EXPERIENCE

### Director of Cancer Center

CMC Regional Hospital | Partnership with Thompson Cancer Survival Center- Covenant Health Crossville | TN 38558 | March 2012 – October 2015

The purpose of this position is to provide the highest quality cancer care in a community based setting while maintain and promoting the mission and values of Covenant Health. This is accomplished through a dynamic leadership style that empowers, encourages, and embraces innovative ideas that are implemented to compassionate care in motivated and competent environment. This role also develops operational budget, regularly reviews and reports on financial performance of Radiation services, including variances, and other assigned support functions. Coordinated Tumor board and tumor registry functions. Additionally, identifies and establishes long and short term strategies relating to service line objectives, retention of existing business and development of new programs, market share and businesses.

- Coordinate patient care with Medical Oncology
- Facilitate Multi- site standardization
- Manage budgets- departmental, operational and capital
- Engage referring physicians
- Monitor utilization of services
- Promote and engage productivity
- Orchestrate marketing campaigns
- Joint commission lead
- Maintain policies and procedures
- departmental billing and coding
- Negotiate new equipment contracts
- CoC accreditation
- Staff growth and development
- Coordinate physician rotations
- State inspections
- Departmental EMR coordination
- Manage physician contracts
- Community needs assessment
- Strategize philanthropic initiatives
- POS collections manager
- Pre authorization coordinator
- Department IT coordination
- Maintain State materials license
- Chair of system compliance team
- Staff recruitment coordinator
- Remote departmental operations coordination
- Revenue Cycle- denials

## PROFESSIONAL EXPERIENCE

### Radiation Therapist

Duke Hospital Department of Radiation Oncology Durham | NC 27710 | August 2008 – February 2012

The purpose of this position is to administer ionizing radiation to patients both pediatric and adult as prescribed by the physicians.

- Treat with Varian linear accelerators and Aria EMR
- CBCT, IGRT, SBRT, CT Sim, Calypso, Prone Breast
- Monitor emotional, mental, and physical status of patients
- Work with and test the latest technologies on the market
- Mentor new employees
- Developed prone breast technique
- Mentor students
- Monitor departmental resources
- Developed a balance scorecard evaluation tool
- Offered ideas to co-workers and physicians on how to increase efficiency without decreasing quality

### Radiologic Technologist

Department of Radiology | East Texas Medical Center- Pittsburg Pittsburg | TX 75686 | May 2007 – August 2007

The purpose of this position was to obtain diagnostic radiographs of anatomy indicated by the physician. I was also responsible for performing CT scans of patients as order by the physician. My opinion and interpretation of these radiographs and scans were often inquired.

---

- JRCERT Clinical Site Visitor. Appointment: February 2010
- ASRT Grass Roots Member. Appointment: 2010
- North Carolina Representative for RT in D.C. 2010 and 2011
- National Brain Tumor Society Caregiver. Appointment: 2009

**State:**

- Drafted and introduce HB 993 and SB899 for TN State licensure - bill passed unanimously Tennessee State Licensure Committee. 2015
- Relay for Life Local Chair. 2015
- Interview board member for Chattanooga State's radiation therapy program. 2012 and 2013
- Susan G. Komen Upper Cumberland County Coordination Committee Appointment: 1-time commitment – September 2012
- Relay for Life 2012 & 2013 Cumberland County.
- Advisory Board member for PIMA Radiation Therapy Program.
- North Carolina Society of Radiologic Technologist (NCSRT) 2011
- NCSRT Legislative Committee
- Developing HB 753 North Carolina State Licensing Bill
- Consultant for PIMA Medical Institute's Radiation Therapy Program in Denver, Colorado.

## ACHIEVEMENT BENCHMARKS

- Joined NAMAPA board
- Hosted and was guest on numerous podcasts discussing VBC and price transparency
- Organized 2021 Healthcare Advocate Summit
- Created patient advocacy support arms
- Helped colleagues establish Prescribe Plus
- February 2020 – Helped organize the Healthcare Advocate Summit https://www.healthcareadvocatesummit.com/
- 100+ articles written regarding healthcare on LinkedIn platform
- Influenced staff and physicians to adapt (buy in) to new methods that add value and maintain the momentum of our growing service line- revenues, operations, insurance etc.
- Increased POS collections through processes and software
- Completed Coding Strategies Medical Oncology Web based Infusion Course

- Since September 2010- Designed a Radiation therapy Program for PIMA following ASRT and JRCERT guidelines and recommendations.
- Southern Association of Colleges and Schools (SACS) Committee University of Texas Health Science Center Houston 2007 – 2008
- Texas Medical Center Student Affairs Advisory Council 2007 – 2008

### Academic Teaching:
**Undergraduate Level**

- University of Louisiana at Monroe Department of Physics Teacher Assistant Physics Labs Fall 2005
- University of Louisiana at Monroe Department of Anatomy and Physiology Teacher Assistant
- Anatomy and Physiology, I and II
- Labs Summer 2004

### RECOGNIZED AWARDS AND HONORS

- ASRT Scholarship Recipient 2012 – 2013
- Image Wisely Pledge, American College of Radiology February 2011
- Who's Who Among Students at American Colleges and Universities 2006
- Phi Kappa Phi 2006

### REFERENCES

References available upon request

### ACHIEVEMENT BENCHMARKS

- Billing, coding, quantity, and delivery guidelines for infusion including modifiers
- Led 2015 CPT code change initiative system in Radiation Oncology
- Drafted and introduced State Radiation Safety Bill
- Implemented remote dosimetry and saved $30k per year
- FY2014 18% increase over budget for Rev less exp.
- FY 2014 increased patient treatment fractions by 12%
- FY 2014 decreased overall exp. 5% from budget

**Worked on negotiations and planning between Elekta and Varian for new Linac purchase**

FY 2014 increased overall stats 6% from budget Increased overall stats 58.62% from May 2012 to May 2013

- Identified process problems and solutions with all COC physicians
- Decreased productive hours per stat from 3.31 to 1.43
- Increased New Patient Consults 9.14% from June 2012 to July 2013
- Negotiated over $120k in contract savings
- Team STEPPS Life Wings Master Trainer

---

### ARTICLES IN PEER-REVIEWED JOURNALS, PUBLICATIONS AND ARTICLE CONTRIBUTIONS

- Johnson, Jordan and Megan Trad
  "Bullying Behavior Among Radiation Therapists: Effects on Job Performance and Work Environment."
  *Radiologic Technology* 86.2 (Nov. Dec. 2014): 122-131.Print

- Johnson, Jordan and Megan Trad.
  "Bullying Behavior Among Radiation Therapists and Its Effects on Personal Health."
  *Radiation Therapist* 23.1 (Spring 2014): 11-20. Print

- Johnson, Jordan.
  "Put the Buzz in Their Ear"
  *ASRT Grass Roots Legislative Review Newsletter*. (Fall 2013). Electronic.

- Johnson, Jordan.
  "Radiation Therapy and Advocacy"
  *ASRT Grass Roots Legislative Review Newsletter*. (Fall 2012). Electronic.

- Johnson, Jordan.
  "Proposed cuts could impact cancer care"
  *Crossville Chronicle*. (August 2012): Print and Electronic.

- Johnson, Jordan.
  "Workplace Ethics Are Your Responsibility, Too"
  *ASRT Scanner.* (Oct/Nov 2011): 27. Electronic.

- Johnson, Jordan.
  "Ethics and the CARE Bill"
  *ASRT Grass Roots Legislative Review Newsletter*. (July 2011). Electronic.

- Johnson, Jordan.
  "Turning' Up the Heat in D.C."
  *ASRT Scanner* 43.4 (April/May 2011): 43-45.Print.

- Johnson, Jordan, Blake Nelson, Vita Hickman, and Stephen Kry.
  "The Cover Up: Skin Dose Increase During External Beam Therapy."

## PRESENTATIONS

### Continuing Medical Education Credit and Community Awareness

- Johnson, Jordan.
  "Virtual Oncology Summit" 2020 Virtual Oncology Summit.
  Online | 26 September 2020

- Johnson, Jordan.
  "Billing Coding, What They Don't Want You to Know" 2019 ASTRO Conference.
  Chicago, IL. | 17 September 2019

- Johnson, Jordan.
  "Billing Coding and APM" 2019 ACR 2019 Meeting.
  Washington DC | 18 – 20 May 2019.

- Johnson, Jordan.
  "HyperOncology" 2019 HyperOncology Seminar
  Dallas, TX. | 8 – 10 May 2019

- Johnson, Jordan.
  "The Future of Billing and Coding" 2019 SATRO Seminar.
  Orlando, FL. | 11 April 2019

- Johnson, Jordan.
  "I'm Just a Technologist/Manager" 2018 AHRA Seminar.
  Orlando, FL. | 24 July 2018

- Johnson, Jordan.
  "Leadership, Management, Quality and Momentum" 2018 AHRA Seminar.
  Orlando, FL. | 24 July 2017

- Johnson, Jordan and Turner, Cheryl.
  "The Ethical elephant in the Room" ASRT Radiation Therapy Conference- Keynote.
  San Diego, CA. | 24 September 2017

- Johnson, Jordan.
  "Mid Levels are Taking Over" SROA Annual Meeting.
  San Diego, CA. | 27 September 2017

- Johnson, Jordan.
  "SBRT/SRS, Simulation, Clinical Treatment Planning" BMSI Seminar.
  San Francisco, CA. | 8 June 2017

- Johnson, Jordan.
  "Generational Communication" KSRT Annual Conference.
  Mulvane, KS. | 8 April 2017

- Johnson, Jordan.
  "I'm Just a Technologist" KSRT Annual Conference.
  Mulvane, KS. | 8 April 2017

- Johnson, Jordan.
  "Bullying: A Problem That Can't Be Tolerated" KSRT Annual Conference.
  Mulvane, KS. | 7 April 2017

- Johnson, Jordan.
  "Jobs Beyond the Clinic" WCEC Conference.
  Orlando, Fl. | 7 March 2017

- Johnson, Jordan.
  "Jobs Beyond the Clinic" WCEC Conference.
  Orlando, Fl. | 7 March 2017

- Johnson, Jordan.
  "Generational Communication" WCEC Conference.

## PRESENTATIONS

- Johnson, Jordan.
  "I'm Just a Technologist" WCEC Conference.
  Orlando, Fl. | 7 March 2017

- Johnson, Jordan.
  "Developing Student Leaders" WCEC Conference.
  Orlando, Fl. | 7 March 2017

- Johnson, Jordan.
  "Billing: It's not my Job…Wait I get a Paycheck" ASRT- Radiation Therapy Conference.
  Boston, Ma. | 27 September 2016

- Johnson, Jordan.
  "Productivity and Staffing: Just an Excel document + a warm body = quality (Right)!!!" SROA.
  Boston, Ma. | 25 September 2016

- Johnson, Jordan.
  "Did You Drink the Kool Aide?: Knowing Right from Wrong in Documentation and Coding." SATRO Pre Conference.
  Atlanta, Ga. | 5 May 2016

- Johnson, Jordan.
  "Simulation in 2016: When-Which Level- What You Need to Know." SATRO Conference.
  Atlanta, Ga. | 6 May 2016

- Johnson, Jordan.
  "Leaders of Tomorrow." Baton Rouge General's School of Radiologic Technology Commencement Speech.
  Baton Rouge, LA. | 11 December 2015

- Johnson, Jordan.
  "Healthcare a Right or Privilege: balancing the books." ASRT Radiation Therapy Conference.
  San Antonio, Tx. | 20 October 2015

- Johnson, Jordan.
  "What Management is Looking For." WVSRT Conference.
  Glade Springs, WV. | 9 October 2015

- Johnson, Jordan.
  "Cancer Treatment a Right or a Privilege." WVSRT Conference.
  Glade Springs, WV. | 10 October 2015

- Johnson, Jordan.
  "What Management is Looking For Part 1 & 2." WCEC Conference.
  Orlando, FL. | 25 February 2015.

- Johnson, Jordan
  "Radiation Therapy: A Beams' Eye View." WCEC Conference.
  Orlando, FL. | 25 February 2015

- Johnson, Jordan.
  "Advocacy Is Not a Noun But a Verb." WCEC Conference.
  Orlando, FL. | 25 February 2015

- Johnson, Jordan.
  "Bullying: A Problem That Can't Be Tolerated" WVSRT State Society Meeting.
  Charleston, WV. | 11 October 2014

- Johnson, Jordan.
  "It's All Just X-rays…Right" WVSRT State Society Meeting.
  Charleston, WV. | 11 October 2014

- Johnson, Jordan.
  "Educators as Change Agents" ASRT Leadership Academy.
  Albuquerque, NM. | 10 July 2014

## PRESENTATIONS

- Johnson, Jordan.
  "Bullying: A Cancer Within the Department" UPMC Remote Webinar
  Pittsburg, PA. | 9 April 2014

- Johnson, Jordan.
  "It's Much More Than Just Doing More With Less" Q Fix Patient Positioning Symposium Meeting.
  Orlando, FL. | 29 March 2014

- Johnson, Jordan.
  "Radiation Therapy: It's More Than Just Treatment" TSRT State Society Meeting.
  Tunica, MS. | 29 October 2013

- Johnson, Jordan.
  "Professional Advocacy" TSRT State Society Meeting
  Tunica, MS. | 29 October 2013

- Johnson, Jordan & Trad, Megan.
  "Bullying: A Cancer Within the Department" ASRT's Radiation Therapy Conference.
  Atlanta, GA. | 23 September 2013

- Johnson, Jordan.
  "The Squeeze: Being Profitable in an Uncertain and Volatile Market"" ASRT's Radiation Therapy Conference.
  Atlanta, GA. | 24 September 2013

- Johnson, Jordan.
  "It Can't Be That Bad"
  Cumberland County High School, Crossville, TN. | 20 September 2013

- Johnson, Jordan.
  "Introduction." and "Prostate Cancer." Fairfield Glade Community Health Fair.
  8 May 2013

- Johnson, Jordan.
  "The Bully on the Playground is in the Classroom Too." WCEC Conference.
  7 February 2013

- Johnson, Jordan.
  "You Mean That is Radiation Therapy Too." WCEC Conference.
  6 February 2013

- Johnson, Jordan.
  "Cancer Care: The Entire Picture." FFG Wellness Complex.
  5 September 2012

- Johnson, Jordan.
  "The Wrong Turn: From Manager to Bully." ASRT Educational Symposium Conference.
  27 June 2012

- Johnson, Jordan.
  "A Radiographers View as a Radiation Therapist." MSRT and TSRT joint conference.
  26 October 2011

- Johnson, Jordan.
  "A Radiographers View as a Radiation Therapist." WCEC Conference.
  11 & 14 April 2011

- Johnson, Jordan.
  "A Radiographers View as a Radiation Therapist." LSRT Mid Winter Conference.
  19 February 2011

- Johnson, Jordan.
  "A Radiographers View as a Radiation Therapist." VSRT Conference.
  1 October 2010

- Johnson, Jordan.
  "The Road of Faith." Longview Missionary Baptist Church.
  15 November 2009

**PRICE TRANSPARENCY EXAMPLES**

**January 1, 2021**

### CONE HEALTH — Commercial Payer Numbers Per CPT

| CPT | Min | Max | Average | Allowable | Percent Difference from Average | Average Percent Difference Betwwen Private Payer and Medicare for outpatient service: 264% |
|---|---|---|---|---|---|---|
| 77301 | $1,200 | $7,148 | $4,174.00 | $1,262.00 | 231% | -13% |
| 77386 | $281 | $1,678 | $979.50 | $542.00 | 81% | -69% |
| 74420 | $114 | $683 | $398.50 | $368.00 | 8% | -97% |
| 72157 | $798 | $4,755 | $2,776.50 | $381.00 | 629% | 138% |
| 70450 | $328 | $1,952 | $1,140.00 | $112.00 | 918% | 248% |
| 70552 | $584 | $3,480 | $2,032.00 | $368.12 | 452% | 71% |
| 77470 | $490 | $2,918 | $1,704.00 | $542.55 | 214% | -19% |
| 70546 | $612 | $3,648 | $2,130.00 | $368.12 | 479% | 81% |
| 72156 | $677 | $4,032 | $2,354.50 | $381.00 | 518% | 96% |
| 70336 | $385 | $2,294 | $1,339.50 | $233.00 | 475% | 80% |
| 77373 | $1,600 | $9,524 | $5,562.00 | $1,768.00 | 215% | -19% |
| 70553 | $729 | $4,341 | $2,535.00 | $381.00 | 565% | 114% |
| 77334 | $185 | $1,102 | $643.50 | $338.00 | 90% | -66% |

### M HEALTH — Commercial Payer Numbers Per CPT

| CPT | Min | Max | Average | Allowable | Percent Difference from Average | Average Percent Difference Betwwen Private Payer and Medicare for outpatient service: 264% |
|---|---|---|---|---|---|---|
| 77301 | $1,163.00 | $13,273.00 | $7,218.00 | $1,262.00 | 472% | 79% |
| 77386 | $503.00 | $1,365.00 | $934.00 | $542.00 | 72% | -73% |
| 74420 | $212.00 | $963.00 | $587.50 | $368.00 | 60% | -77% |
| 75572 | $180.00 | $2,529.00 | $1,354.50 | $178.52 | 659% | 150% |
| 55874 | $3,953.00 | $17,081.00 | $10,517.00 | $4,413.00 | 138% | -48% |
| G0463 | $108.00 | $260.00 | $184.00 | $338.00 | -46% | -117% |
| 70552 | $385.00 | $1,419.00 | $902.00 | $368.12 | 145% | -45% |
| 77470 | $543.00 | $2,081.00 | $1,312.00 | $542.55 | 142% | -46% |
| 70546 | $356.00 | $1,165.00 | $760.50 | $368.12 | 107% | -60% |

### Penn Medicine — Commercial Payer Numbers Per CPT

| CPT | Min | Max | Average | Allowable | Percent Difference from Average | Average Percent Difference Betwwen Private Payer and Medicare for outpatient service: 264% |
|---|---|---|---|---|---|---|
| 77301 | $545 | $12,414 | $6,479.50 | $1,262.00 | 413% | 57% |
| 77386 | $309 | $7,063 | $3,686.00 | $542.00 | 580% | 120% |
| 76856 | $55 | $537 | $296.00 | $112.00 | 164% | -38% |
| 70543 | $305 | $6,849 | $3,577.00 | $381.00 | 839% | 218% |
| 72157 | $305 | $6,855 | $3,580.00 | $381.00 | 840% | 218% |
| 70450 | $109 | $1,413 | $761.00 | $112.00 | 579% | 119% |
| 70553 | $305 | $6,960 | $3,632.50 | $368.12 | 887% | 236% |
| 77470 | $39 | $4,851 | $2,445.00 | $542.55 | 351% | 33% |
| 70546 | $465 | $4,938 | $2,701.50 | $368.12 | 634% | 140% |
| 72156 | $305 | $6,942 | $3,623.50 | $381.00 | 851% | 222% |
| 77336 | $61 | $775 | $418.00 | $126.00 | 232% | -12% |
| 77373 | $1,000 | $51,000 | $26,000.00 | $1,768.00 | 1371% | 419% |
| G0463 | $0 | $138 | $69.00 | $338.00 | -80% | -130% |
| 77334 | $101 | $1,697 | $899.00 | $338.00 | 166% | -37% |
| 77300 | $33 | $590 | $311.50 | $126.00 | 147% | -44% |

**Healthcare Data Modeling**

Rural Healthcare Model- Financial Distress









