UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,                Honorable Stephen J Murphy III

-vs-

DR RAJENDRA BOTHRA                Case No 18-cr-20800

                Defendant,
_____/

ADDENDUM TO
NOTICE OF JOINDER/CONCURRENCE [ECF No 386] IN
DEFENDANT'S RESPONSE TO THE
GOVERNMENT'S MOTION *IN LIMINE* TO EXCLUDE [ECF No 376]

In our Notice of Joinder/Concurrence [ECF No 386], we noted "[t]he government did advise it would produce decipherable summaries [of the electronic medical records]…." [ECF No 386 Pg ID 3032 n 2]. Subsequent to the preparation of the pertinent Notice [ECF No 386], counsel did receive some "decipherable summaries."

While these summaries do not encompass the entirety of the electronic medical records, we are cognizant this may be all which the government will tender to counsel.

1

Counsel did, over the weekend, share these summaries with our expert. As a result of a telephone conversation Saturday morning with our expert, counsel has prepared and is submitting to the government today a Notice consistent with Rule 16 (b) (1) (C) ["a written summary of any testimony that the defendant intends to use …as evidence at trial…."].

In addition, our expert advises a formal written report authored by him will be received by the end of this week.

Given the estimates of the length of trial previously proffered to the Court, we respectfully believe the government will have approximately two (2) months in which to review and prepare for our expert testimony.

Accordingly, we respectfully renew our position since the government neither alleged not demonstrated any prejudice, their motion should be denied, *see generally*, *United States v Camacho*, 555 F 3d 695, 704 (8th Cir 2009); *United States v Melucci*, 888 F 2d 200, 203 (1st Cir 1989).

                Respectfully submitted,


                ALAN T ROGALSKI
                ARTHUR JAY WEISS

                /s/ Arthur Jay Weiss
                ARTHUR JAY WEISS (P 25225)
                Attorneys for Defendant BOTHRA
                30445 Northwestern Highway
                Suite 225
                Farmington Hills, Michigan 48334-3158
                (248) 855-5888
                arthurweiss@ajweisslaw.com

Dated: May 16, 2022.