UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 RAJENDRA BOTHRA,

        Defendants.

                                    /

Case No. 2:18-cr-20800-1

HONORABLE STEPHEN J. MURPHY, III

### ORDER UNSEALING ORDER ON MOTION IN LIMINE [403]

The Court's order denying Defendant Dr. Rajendra Bothra's motion in limine was inadvertently sealed. ECF 403. For the reasons stated in the order, *id.* at 3535, and because of the Sixth Circuit's preference for open court records, *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016), the Court will order the Clerk of the Court to unseal the order.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **UNSEAL** the order denying Defendant's motion in limine [403].

SO ORDERED.

                                                        s/ Stephen J. Murphy, III
                                                        STEPHEN J. MURPHY, III
                                                        United States District Judge

Dated: May 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 20, 2022, by electronic and/or ordinary mail.

                                                         s/ David P. Parker
                                                        Case Manager